Case 3:20-cv-00001   Document 15   Filed on 07/15/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL CICCONE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-1 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On July 7, 2020, the plaintiff Michael Ciccone and the defendant Lowe's Home Centers, LLC, filed a joint stipulation of dismissal with prejudice (Dkt. 14) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that all claims asserted against any party in the above-captioned lawsuit are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own attorneys' fees and costs.

THIS IS A FINAL JUDGMENT.

SIGNED on Galveston Island on the 15th day of July, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE